JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Corey Sipkin Photography LLC,<br><br>Plaintiff,<br><br>v.<br><br>Ballislife, Inc.,<br><br>Defendant. | Case No. 8:23-cv-01407-JVS-ADS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)**  [15] |

    Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Corey Sipkin Photography LLC and Defendant Ballislife, Inc., IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED:  October 11, 2023

Hon. James V. Selna

---

Case No. 8:23-cv-01407-JVS-ADS

ORDER OF DISMISSAL